JUDGE DARRAH    MAGISTRATE JUDGE COLE

| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER (Trans. Court) 0755 2:06CR00093 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Brenda Faye Hodges | DISTRICT Northern District Of Indiana | DIVISION Hammond |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Rudy Lozano | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/29/2007 | TO 1/28/2010 |

RECEIVED DEC 10 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

OFFENSE
PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE

08CR 0016    FILED JAN 0 9 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Northern District of Illinois    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/4/07
_____    _____
Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN    DISTRICT OF    ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
1-9-08
JAN 0 9 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN - 8 2008
_____    _____
Effective Date          United States District Judge

UNITED STATES GOVERNMENT

MEMORANDUM

| | |
|---|---|
| DATE: | December 20, 2007 |
| REPLY TO ATTN OF: | U. S. Probation Office<br>55 East Monroe Street, Room 1500<br>Chicago, Illinois  60603 |
| SUBJECT: | Transfer of Jurisdiction |
| TO: | Mrs. Alyce Mobley-Morris<br>Courtroom Deputy to Chief Judge Holderman<br>U. S. Court House, Room 2548 |

08CR 0016

JUDGE DARRAH

RE:   HODGES, Brenda

DOCKET NO. OF
TRANSFERRING COURT: 0755 2:06CR00093

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district. Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:   Katina Dean
      U. S. Probation Officer

taw