

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS               312-435-5698

January 11, 2008

Indiana Northern of Indiana
5400 Federal Plaza
Hammond, IN 46320

Dear Clerk:

**Re:**   US v Hodges 06 CR 93
Our case number: **08 CR 16**   - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Brenda Faye Hodges, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    Laura Springer, Deputy Clerk

Enclosure

FILED
1-22-08
JAN 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-00093-RL-PRC All Defendants
## Internal Use Only

Case title: United States of America v. Hodges

Date Filed: 05/19/2006
Date Terminated: 02/05/2007

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Paul R Cherry

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 1/15/08

### Defendant

**Brenda Hodges** (1)
*TERMINATED: 02/05/2007*

represented by  **Paul Jeffrey Schlesinger**
8396 Mississippi Street Suite G
Merrillville, IN 46410
219-736-5555
Fax: 219-736-6552
Email: pjeffslaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:1029(a)(2)
PRODUCES/TRAFFICS IN
COUNTERFEIT DEVICE
(1)

### Disposition

deft is hereby placed on probation for a term of three years. Deft is to perform 50 hours of community service. Restitution in the total amt of $2,500. Special assessment of $100 due imed.

                                                No fine imposed.

**Highest Offense Level
(Opening)**
Felony

**Terminated Counts**                          **Disposition**
None

**Highest Offense Level
(Terminated)**
None

**Complaints**                                  **Disposition**
None

---

**Plaintiff**

**United States of America**    represented by  **Randall M Stewart - AUSA**
                                                US Attorney's Office - Ham/IN
                                                5400 Federal Plaza Suite 1500
                                                Hammond, IN 46320
                                                219-937-5610
                                                Fax: 219-852-2770
                                                Email:
                                                Randall.Stewart@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2006 | 1 | SEALED INDICTMENT as to Brenda Hodges (1) count(s) 1. (kjp, ) Unsealed indictment attached on 6/2/2006 (kjp, ). (Entered: 05/22/2006) |

| 05/19/2006 | 2 | Arrest Warrant Issued in case as to Brenda Hodges. (kjp, ) (Entered: 05/22/2006) |
|---|---|---|
| 05/31/2006 | 3 | Arrest Warrant Returned Executed on 5/31/06 in case as to Brenda Hodges. (kjp, ) (Entered: 05/31/2006) |
| 05/31/2006 |  | Arrest/Self-Surrender of Brenda Hodges (smb) (Entered: 05/31/2006) |
| 05/31/2006 |  | Case unsealed as to Brenda Hodges (smb) (Entered: 05/31/2006) |
| 05/31/2006 |  | Judge update in case as to Brenda Hodges. Judge Paul R Cherry added. (smb) (Entered: 05/31/2006) |
| 05/31/2006 | 4 | INITIAL APPEARANCE as to Brenda Hodges held on 5/31/2006 before Judge Paul R Cherry. Government appeared by AUSA R Stewart. Defendant appeared in person w/out cnsl. L Daniels, P Segroi appeared on behalf of U S Pretrial Services. Defen adv rights, charges, penalties. Defen rqst appt of cnsl-inquiry made. Court finds Defend to be indigent and directs the Clerk of Court to notify the Fed Defend Office for apt of cnsl. Arraignment set for 6/9/2006 09:15 AM in Hammond before Magistrate Judge Paul R Cherry. Defend released on $20,000 Appearance Bond unsecured with pretrial supervision.(Tape #FTR.) (smb, ) (Entered: 06/02/2006) |
| 05/31/2006 | 5 | Appearance Bond Entered as to Brenda Hodges in amount of $ 20,000 unsecured. (smb) (Entered: 06/02/2006) |
| 05/31/2006 | 6 | ORDER Setting Conditions of Release. Signed by Judge Paul R Cherry on 5/31/06. (smb) (Entered: 06/02/2006) |
| 05/31/2006 | 7 | CJA 20 as to Brenda Hodges: Appointment of Attorney Paul Jeffrey Schlesinger for Brenda Hodges. By Judge Paul R Cherry on 5/31/06. (smb) (Entered: 06/06/2006) |

| 06/09/2006 | 8 | MOTION to Continue *jury trial* by Brenda Hodges. (Schlesinger, Paul) (Entered: 06/09/2006) |
| --- | --- | --- |
| 06/09/2006 | 9 | ARRAIGNMENT as to Brenda Hodges (1) Count 1 held on 6/9/2006 before Judge Paul R Cherry. Government appeared by AUSA R Stewart. Defendant appeared in person by attorney J Schlesinger. Defend waives formal reading; adv charges, penalties. Defend enters NOT GUILTY plea. Pretrial Motions due by 7/10/2006. Plea Agreement due by 7/24/2006 to be extended otherwise only by request to the District Court in writing. Jury Trial set for 7/31/2006 08:30 AM in Hammond before Judge Rudy Lozano. Final Pretrial Conference set for 7/21/2006 02:00 PM in Hammond before Magistrate Judge Paul R Cherry. Order Controlling FPTC & Trial attached. (Tape #FTR.) (smb, ) (Entered: 06/15/2006) |
| 06/19/2006 | 10 | ORDER granting 8 Motion to Continue as to Brenda Hodges (1). Jury Trial reset for 9/18/2006 08:30 AM in Hammond before Judge Rudy Lozano as a 2nd crim setting. Final Pretrial Conference reset for 9/8/2006 10:30 AM in Hammond before Magistrate Judge Paul R Cherry. Signed by Judge Paul R Cherry on 6/19/06. (kjp, ) (Entered: 06/20/2006) |
| 07/27/2006 |  | NOTICE: Final Pretrial Conference set for 7/31/06 @1:00 pm before the Magistrate Judge is VACATED. By Judge Paul R Cherry on 7/27/06. (smb) (Entered: 07/27/2006) |
| 09/08/2006 | 11 | PRETRIAL CONFERENCE as to Brenda Hodges held on 9/8/2006 before Judge Paul R Cherry. Govt appeared by AUSA C Butler substituting for AUSA R Stewart. Dft appeared by atty J Schlesinger. Proposed plea agreement under consideration. Plea agreement deadline of 9/11/06 remains intact. (Tape #FTR.) (smb) (Entered: 09/08/2006) |
| 09/11/2006 | 12 | PLEA AGREEMENT as to Brenda Hodges (Stewart, Randall) (Entered: 09/11/2006) |

| 09/11/2006 | 13 | NOTICE OF HEARING as to Brenda Hodges Change of Plea Hearing set for 9/13/2006 03:00 PM in Hammond before Judge Rudy Lozano. (imr, ) (Entered: 09/11/2006) |
|---|---|---|
| 09/13/2006 | 14 | CHANGE OF PLEA HEARING as to Brenda Hodges held before Judge Rudy Lozano on 9/13/2006. Plea entered by Brenda Hodges (1) Guilty as to Count 1. Govt appeared by atty Randall Stewart. Dft appeared by atty Jefferey Schlesinger. Laura Daniels appeared on behalf of U S Probation/Pretrial Services. Court now accepts deft's plea of guilty and she is adjudged guilty of the charges contained in count one. Court reserves the right to accept or reject deft's plea agreement until time of sentencing and after review of the PSI. Deft is allow to remain on current bond conditions. Sentencing set for 12/19/2006 12:30 PM in Hammond before Judge Rudy Lozano. (Court Reporter Julie Churchill-Mickley.) (imr, ) (Entered: 09/13/2006) |
| 12/19/2006 | 15 | SENTENCING SCHEDULED/ STATUS CONFERENCE as to Brenda Hodges held in Chambers on 12/19/2006 before Judge Rudy Lozano. Govt appeared by atty Randall Stewart. Dft appeared by atty Jeffrey Schlesinger. Laura Daniels appeared on behalf of U S Probation/Pretrial Services. Discussion hld on status of case. Deft to file mot to continue sentencing hrg. Sentencing will be reset for 1/29/2007 12:30 PM in Hammond before Judge Rudy Lozano. (imr, ) (Entered: 12/19/2006) |
| 01/15/2007 | 16 | MOTION *WAIVER OF CONFLICT* by Brenda Hodges. (Schlesinger, Paul) (Entered: 01/15/2007) |
| 01/17/2007 | 17 | ORDER granting 16 Motion Waiver of Conflict as to Brenda Hodges (1). The parties agree that, having been advised of the potential conflict of interest, they hereby waive an objection to the potential conflict and consent to Judge Lozano presiding. Signed by Judge Rudy Lozano on 1/17/07. (sda) (Entered: 01/17/2007) |

| | | |
|---|---|---|
| 01/26/2007 | 18 | NOTICE OF MANUAL FILING of SEALED DOCUMENT by United States of America as to Brenda Hodges (Stewart - AUSA, Randall) (Entered: 01/26/2007) |
| 01/26/2007 | 19 | SEALED MOTION by United States of America as to Brenda Hodges. (kjp) (Entered: 01/26/2007) |
| 01/26/2007 | 20 | MOTION to Seal Document by United States of America as to Brenda Hodges. (kjp) (Entered: 01/26/2007) |
| 01/29/2007 | 21 | ORDER granting [20] Motion to Seal Document as to Brenda Hodges (1). Signed by Judge Rudy Lozano on 1/29/07. (kjp) (Entered: 01/30/2007) |
| 01/29/2007 | 22 | SENTENCING held before Judge Rudy Lozano on 1/29/2007 for Brenda Hodges (1). Govt's sealed motion is granted. Deft is hereby placed on probation for a term of three years. Deft is to perform 50 hours of community service. Deft is topay restitution in the amount of $2,500.00,to be paid at a minimum rate of $50.00 per month until paid in full. Special assessment of $100 due imed. No fine imposed. Govt appeared by atty Randall Stewart. Dft appeared by atty Jeffrey Schlesinger. Laura Daniels appeared on behalf of U S Probation/Pretrial Services. (Court Reporter Julie Churchill-Mickley.) (imr) Modified on 1/30/2007 (Rivera, Irma). (to include special assessment amt and restitution amt.) Modified on 1/30/2007 (Rivera, Irma). Modified on 2/5/2007 (Rivera, Irma). (Entered: 01/30/2007) |
| 02/05/2007 | 23 | JUDGMENT AND COMMITMENT ORDER ENTERED as to Brenda Hodges (1). Signed by Judge Rudy Lozano on 2/05/07. (imr) (Entered: 02/05/2007) |
| 02/05/2007 |  | (Court only) ***Case Terminated as to Brenda Hodges (imr) (Entered: 02/05/2007) |
| 02/08/2007 | 24 | PRESENTENCE INVESTIGATION REPORT (Sealed) destroyed as to Brenda Hodges (imr) |

CM/ECF USDC-INND Version 3.0.3 Live DB - Docket    https://156.126.35.246/cgi-bin/DktRpt.pl?83822465210...
Case 1:08-cr-00016   Document 2   Filed 01/22/2008   Page 8 of 15

| | | |
|---|---|---|
| | | (Entered: 02/08/2007) |
| 11/28/2007 | ●25 | Probation Transfer ORDER transferring probation to the Northern District of Illinois as to Brenda Hodges, Signed by Judge Rudy Lozano on 10/4/07. Awaiting /s/ of accepting court. Original returned to USPO. (Received by Clerk on 11/28/07) (kjp) (Entered: 11/28/2007) |
| 01/14/2008 | ●26 | Probation Jurisdiction Transferred to the Northern District of Illinois, Eastern Division as to Brenda Hodges. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (kjp) (Entered: 01/15/2008) |

PROB 22
Rev. 05/04

# TRANSFER OF JURISDICTION

MAGISTRATE JUDGE COLE

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0755 2:06CR00093 |
| DOCKET NUMBER *(Rec. Court)* |
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brenda Faye Hodges<br>7145 S. May<br>Chicago, IL  6062 | Northern District Of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Rudy Lozano | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/29/2007 | TO 1/28/2010 |

OFFENSE
PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE

**RECEIVED**

**08CR 0016**   JAN 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_10/4/07_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MICHAEL W. DOBBINS, CLERK
By _Karen Spring_
DEPUTY CLERK

JAN - 8 2008   Jan 11 2008   _James F. Holderman_
Effective Date                 United States District Judge

**RECEIVED**
JAN 0 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1 of 2                                                                   #26

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

06 MAY 19 PM 3: 37

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CAUSE NO: |
| v. | ) | |
| | ) | 18 U.S.C. § 1029(a)(2) |
| BRENDA HODGES | ) | 2:06CR |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

From on or about December 2003, through and including on or about April 2004, both dates being approximate and inclusive, in the Northern District of Indiana and elsewhere,

**BRENDA HODGES,**

defendant herein, did knowingly and with intent to defraud use one or more unauthorized access devices, specifically stolen account numbers, and by such conduct obtained gift certificates, United States Currency, goods, services and other things of value aggregating more than $1,000, said use affecting interstate commerce;

In violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:  /s/ Randall M. Stewart
Randall M. Stewart
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 1/15/08

#1

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __INDIANA__

UNITED STATES OF AMERICA
V.

BRENDA HODGES

**JUDGMENT IN A CRIMINAL CASE**

Case Number:   2:06 CR 93-01

USM Number:   08799-027

Paul Jeffrey Schlesinger
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)   one

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1029(a)(2) | Produces-Traffics in Counterfeit Device | 12/2003 | one |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 29, 2007
Date of Imposition of Judgment

/s/ Rudy Lozano
Signature of Judge

Honorable Rudy Lozano, United States District Court Judge
Name and Title of Judge

February 5, 2007
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 1/15/08

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 4—Probation

Judgment—Page __2__ of __5__

DEFENDANT: BRENDA HODGES
CASE NUMBER: 2:06 CR 93-01

# PROBATION

The defendant is hereby sentenced to probation for a term of : three years

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and up to 104 periodic drug tests thereaftert.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4. The defendant shall support the defendant's dependents and meet other family responsibilities.

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6. The defendant shall notify the probation officer at least ten (10) days prior to any change of residence or employment.

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court.

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

case 2:06-cr-00093-RL-PRC   document 23   filed 02/05/2007   page 3 of 5

Judgment—Page __3__ of __5__

DEFENDANT:       BRENDA HODGES
CASE NUMBER:     2:06 CR 93-01

## ADDITIONAL PROBATION TERMS

The defendant shall not illegally possess a controlled substance.

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

The defendant shall perform fifty hours of community service to be completed within the next year as directed by the probation officer.

AO 245B    (Rev. 06/05) case 2:06-cr-00093-RL-PRC   document 23   filed 02/05/2007   page 4 of 5
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 4 of 5

DEFENDANT:      BRENDA HODGES
CASE NUMBER:    2:06 CR 93-01

## CRIMINAL MONETARY PENALTIES

· The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ 2,500 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X  The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, (5400 Federal Plaza), (Hammond, Indiana 46320 ) for the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Mid-America Bank | | $1,500 | |
| Wells Fargo Bank | | $500.00 | |
| Napus Federal Credit Union | | $500.00 | |
| **TOTALS** | $ | $ 2,500 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) case 2:06-cr-00093-RL-PRC   document 23   filed 02/05/2007   page 5 of 5
Sheet 6 — Schedule of Payments

|  |  |
|---|---|
| DEFENDANT: | BRENDA HODGES |
| CASE NUMBER: | 2:06 CR 93-01 |

Judgment — Page  5  of  5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  **X**  Lump sum payment of $ __2,600__ due immediately, balance due

☐ not later than _____, or
☐ in accordance   ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  **X**  Special instructions regarding the payment of criminal monetary penalties:

**Restitution shall be paid at a minimum rate of $50.00 per month, until paid in full**
**The deft shall notify the Unites States Attorney's Office for this District within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.